United States District Court
Southern District of Florida

Case Number: 14-CV-20604-JAL

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

Documents Retained in Supplemental Case Files (Scanned or Not Scanned)

Civil Case Documents

- ___ • Handwritten documents/pleadings (i.e., pro se)
- X • Poor quality scanned images
- ___ • Photographs
- ___ • CD, DVD, VHS tapes, cassette tapes
- ___ • Surety bonds
- ___ • Exhibits that cannot be scanned (e.g., objects)
- ___ • Bound extradition papers
- ___ • Jury verdict
- ___ • Jury notes (unredacted)
- ___ • Jury selection materials (seating charts, challenges, etc.)

Criminal Case Documents

- ___ • Handwritten documents/pleadings (i.e., pro se)
- ___ • Poor quality scanned images
- ___ • Photographs
- ___ • CD, DVD, VHS Tape, Cassette Tapes
- ___ • Bond documentation
- ___ • Exhibits that cannot be scanned (e.g., objects)
- ___ • Indictments
- ___ • Arrest warrants
- ___ • Jury verdict
- ___ • Jury notes (unredacted)
- ___ • Jury selection materials (seating charts, challenges, etc.)

Date: ______________________

Revised: 8/20/2012

FILED by [illegible] D.C.
APR 20 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

14-20604-CR-JAL

DEAR JUDGE LENARD AND WHOM EIS IT MAY CONCERN. MY NAME IS KISHA SINGLETARY. I WAS SENTENCED JANUARY 6, 2015. I AM FULLY AWARE OF MY CRIME, AND THE CHARGES THAT ARE AGINST ME. I TAKE FULL RESPONSIBILTY FOR MY ACTIONS. THE AMOUNT OF TIME THAT WAS GIVING OF 126 MONTHS IS WAY TOO MUCH FOR ME TO BARE, WITH THE ATTACHMENT OF 20 YEAR WITH SUPERVISED RELEASE. I AM WELL AWARE OF MY FAULTS, AND THE ROLE THAT I PLAYED IN THIS SITUATION, BUT I AM ASKING, AND PLEADING IF YOU WOULD PLEASE HAVE MERCY ON ME, AND GIVE ME A SECOND CHANCE, BECAUSE I TRUTHFULLY WAS NOT AWARE OF THE VICTIM'S AGE, AND IS WILLING TO TAKE A LIE DETECTER TEST TO PROVE IT. THE YOUNG GIRL REACHED OUT TO ME ON FACEBOOK LOOKING FOR A PLACE TO STAY. SHE TOLD ME SHE WAS 18 AND SHOWED ME A FAKE I.D. SHE SHOWED ME HER BACK PAGE POST IN TOLD ME HOW SHE WAS PREVIOUSLY PROSTITUTING FOR SOME MONEY. I NEVER LET THIS VICTIM PERFORM ORAL SEX ON ME IF SHE DIDN'T MAKE ENOUGH MONEY AS IT SAID IN MY DISCOVERY YOUR HONOR THAT WAS A LIE, AND I WOULD ALSO PROVE THAT WITH A TEST TO SAVE MY WHOLE LIFE. YES YOUR HONOR I AM GUILTY FOR HAVEING OTHER GIRLS OVER THE AGE OF 18 AROUND ME WHO WERE ALSO ON BACK PAGE, BUT IT WAS NEVER ANYTHING THAT WAS FORCED ON THEM TO DO. I JUST PROVIDED TH[illegible] PLACE TO STAY. THE OTHER LADY WHOM ALSO IS ENVOLVED IN THIS CASE, THAT INTRODUCED THE VICTIM TO THIS LIFE STYLE OF PROSTITUTING, AND BACK PAGE ADVERTISMENT'S WHOM MAY I ADD IS TWO YEARS OLDER THEN ME RECEIVED 60 MONTHS WITH THE ATTACHMENT OF 10 YEAR PROBATION. IT STATES IN MY DISCOVERY CHINA INTRODUCED C.H TO BACK PAGE, AND C.H WORKED

FOR CHINA FOR ABOUT TWO WEEK'S. YOUR HONOR I WAS WITH THE VICTIM FOR ONLY FOUR DAY'S AS THE RECEIPTS FROM THE HOTEL IN MY DISCOVERY CAN PROVE. SO ONCE AGINE IM BEGGING YOU TO RECONSIDER MY SENTENCE CLEARLY IF POSSIBLE. NOT ONLY DO I LACK THE SUPPORT OF MY FAMILY. I ALSO LACK FINACIAL SUPPORT TO EVEN BE ABLE TO CALL IN CHECK UP ON MY TWO SISTER'S FOR THE DURATION OF 126 MONTHS. THANK YOU FOR YOUR CONSIDIRATION ON EVEN READING THIS LETTER IF IT REACHES YOU YOUR HONOR.

SINCERLY Singletary

KISHA SINGLETARY
066-35-104
F.D.C
P.O BOX 019120
Miami Fl 33101

USMS
INSPECTED

RECEIVED

LEGAL MAIL

MIAMI FL 331

20 JAN 2015 PM 1 L

JAN 23 2015
1 18 PM

JUDGE Joan A. LENARD
12-1 400 North Miami Avenue
MIAMI Fl 33132

33128$1824

[illegible] procedure for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the following address:

FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI FL 33101

DATE: JAN 2 0 2015