UNITED STATES DISTRICT COURT

FILED by SAS D.C.

MAY 24 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

CASE NO. 14-20604-CR-LENARD(s)

Kisha Singletary

MOTION FOR RECONSIDERATION 18 U.S.C. 3742(e) POST-SENTENCING
REHABILITATION PROGRAMMING

COMES NOW, Petitioner, _____ to request a reduction of sentence pursuant to 18 U.S.C. 3742(e) post sentencing rehabilitation.

The defendant is currently incarcerated at Federal Correctional Institution Tallahassee in Tallahassee, Florida. She has been incarcerated since 08-14-2014, and has an expected release date of 04-10-2024. During incarceration, she has received certificates, totaling 195 hours. (Please see attached: _____

_____
_____
_____
_____

Pursuant to 18 U.S.C. 3742(e), the defendant could be considered for a reduction of sentence. See Pepper v. United States, Supreme Court, 131 S. Ct. 1229; 179 L Ed 2d 196, 2001 U.S. Lexis 1902, argued December 6, 2010, decided March 2, 2011. The downward variance was based on Pepper's lack of history of violence and post-

1

sentencing rehabilitation. Also see <u>United States v. Booker</u>, Supreme Court 160 L Ed 2d 621, 1255 S. Ct. 736 (2005); <u>Gall v. United States</u>, 552 U.S. 38, 128 S. Ct. 586, 169 I Ed 2d 445, 2007 Lexis 13083, argued October 2, 2007, decided December 10, 2007. Judge Robert C. Chambers (4th Circuit) granted Terri L. Burns on July 16, 2012 under 18 U.S.C. 3742(e), a 30 month sentence reduction for programming. Burns received 20 certificates while housed at Federal Prison Camp Alderson in Alderson, West Virginia.

A sentencing reduction based on post-conviction rehabilitation can hardly be said to be inconsistent with the policies underlying an award of good-time credit under 18 U.S.C. 3624(b) because the two serve distinctly different interests. An award of good-time credit by the Bureau of Prisons (BOP) does not affect the length of court-imposed sentence; rather, it is an administrative reward to provide an incentive for prisoners to comply with institutional disciplinary regulations. Such credits may be revoked at any time before a prisoner's release. 18 U.S.C. 3624(b)(2).

In constrast, a court's imposition of a reduced sentence based on post-sentencing rehabilitation changes the very terms of imprisonment and recognizes that the defendant's conduct since his initial sentencing warrants less severe criminal punishment. Once imposed, a sentence may be modified only in the limited circumstances. 18 U.S.C. 3582(c). Instead, the difference between the two is reflected most obviously in the fact that the BOP has no authority to award good-time credit where the defendant's good behavior occurs after a sentence has already been served.

Wherefore, defendant humbly asks this Honorable Court to accept

her certificates for programming and grant a reduction of sentence based on the foregoing.

Date 5-19-2018

Respectfully submitted,

Kisha Singletary       Pro Se
ID# 066 35 104

Federal Correctional Institution
501 Capital Circle, NE
Tallahassee, FL  32301

```
   TALDF         *           INMATE EDUCATION DATA          *     05-11-2018
PAGE 001 OF 001  *              TRANSCRIPT                  *      10:59:18

REGISTER NO: 06635-104    NAME..: SINGLETARY              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TAL-TALLAHASSEE FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
TAL  ESL HAS   ENGLISH PROFICIENT           03-18-2015 0817 CURRENT
TAL  GED HAS   COMPLETED GED OR HS DIPLOMA  03-18-2015 0817 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
TAL F      BUS EDVT OFFICE/TYP/ENG/MAT AM 05-09-2018  CURRENT
TAL F      MONEY SMART RELEASE PREP       04-12-2018  CURRENT
TAL F      BUS EDVT OFFICE/TYP/ENG/MAT PM 02-19-2018  05-09-2018   C  W  I    0
TAL F      BASIC MATH SKILLS              03-05-2018  04-26-2018   P  C  P   12
TAL F      RPP#6 TURNING POINT-CRIM THINK 11-13-2017  11-28-2017   P  C  P   24
TAL F      RPP#6 TURNING POINT-BAS COG SK 11-08-2017  11-13-2017   P  C  P    8
TAL F      RPP#6 TURNING POINT-ATTITUDES  10-27-2017  11-08-2017   P  C  P   16
TAL F      RPP#6 TURNING POINT-CHANGE     10-25-2017  10-30-2017   P  C  P   16
TAL F      RPP#6 TURNING POINT-COPING     10-19-2017  10-25-2017   P  C  P   16
TAL F      AIDS AWARE RPP#1               10-03-2017  10-03-2017   P  C  P    1
ALI        SHU CLASS BUDGETING            06-26-2017  07-31-2017   P  W  I    0
ALI        SHU CLASS JOB READINES         04-11-2017  04-25-2017   P  C  P   10
ALI        BILLIARDS                      09-28-2016  11-16-2016   P  C  P    8
ALI        CHILD SUPPORT SEMINAR-REENTRY  06-13-2016  06-14-2016   P  C  P    2
ALI        REAL ESTATE -FCI               06-02-2016  07-21-2016   P  C  P   10
ALI        HEALTH AWARENESS CAMP          01-10-2016  03-13-2016   P  W  I    8
ALI        BASKETBALL DRILL FCI           10-13-2015  12-01-2015   P  C  P    8
ALI        BASKETBALL OFFICIATING         10-14-2015  11-18-2015   P  C  P    6
ALI        REENTRY SISTA PROG-MON 12-4 EJ 10-16-2015  11-17-2015   P  C  P    8
ALI        BEGINNERS DRUMS                10-01-2015  10-25-2015   P  W  V    6
ALI        BEGINNERS CHESS FCI            07-06-2015  08-24-2015   P  C  P   16
ALI        CARD MAKING CAMP               04-27-2015  05-25-2015   P  C  P   10
ALI        FDIC FINANCIAL EDUCATION-FCI   03-31-2015  05-05-2015   P  C  P   10




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

⇔06635-104⇔
Kisha Singletary
501 Capital Circle ne
Federal Correction Instit
Tallahassee, FL 32301
United States

TALLAHASSEE FL 323

21 MAY 2018 PM 3 L

⇒06635-104⇒
Courthouse Wilkie D Ferguson Jr.
Honorable Judge Lenord
400 N Miami AVE
Miami, FL 33128
United States

33128-181046