14 CR 20604 JAL

FILED BY PG D.C.

NOV 30 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

My name is Kiaha Singletary                    11-23-

I am humbly asking for you to consider a compasionate release or relief on my sentence. The basis Im asking is on behalf of (1) ive completed more then 50% of my time and in the past 4 years I have not gotten in any trouble. (2) I tested positive for covid-19 at SFF Hazelton due to the unawarness how to handle the ~~virus~~ or how to keep it from spreading on behalf of the staff. I also have my older sister who is all I have whom is in and out of the hospital every other week. (3) I know for a fact that Im rehabilitated from my actions, awarness, and transformation. Im not the same little girl that I was back in 2014. I have grown up and got my priorities together. I have goals, and plans that I am working on accomplishing and would like it if you would help me get to accomplishing them sooner then later. I am ready to intergrate back into society. In 2015, I was sentenced to 126 months for STOM. I was young, and young minded at the time of my offence, I had lived a tolmultuas life up to that time, being abandoned by both parents and being left in the care of the State foster care agencies all over Miami, FL. I had really little guidances, and absoulutely no idea how serius of a crime that I was committing. Nevertheless I took responsibility for my actions and Here I am now throwing myself at your mercy for a second chance at life, That I know realize its not a game or not to be tooken lightly. Although this time ive spent in prison hasn't been easy, I have done my best to show that im Rehabilitated. Also I would really appreciate if you can take into consideration that I

was only 20 years old at the time of the offense. Studies have shown that the frontal lobe, which regulates one's ability to plan and control impulses, is still developing in the early twenties. Eighteen to twenty-one year olds have high rates of risk-taking but this rate decreases by age twenty-five. I am now 28 years old. I have a stable address located in Georgia with a family member who is willing to take me in. I have a job position at a shoe store that is available to me upon my release. I accept responsibility and understand the role and the seriousness of my crime. I also learned that I don't ever want to commit any further crimes to prevent me ever coming back to prison. I have 20 years on supervise release and is ready to get out and complete it successfully without no violations. Also if I am able, I would like to use this experiance to enlighting others of the errors of our ways and the seriousness of what commiting a crime does to a bright future and a coving family. I'm ready to be on the oposite side of the recidivism rate, while becoming a outstanding civilian in society. Please grant me some relief on my sentence if you will.

Sincerly Kisha Singletary

06635104

Federal correctional facility-Tallahassee

P.O Box 5000

Tallahassee fl, 32314

Kisha Singletary 06635104
Federal correctional Institution Tallahassee
P.O. Box 5000
Tallahassee Fl 32314

TALLAHASSEE FL 323
26 NOV 2021 PM 3 L

Clerk of courts
400 North Miami Avenue
Miami Fl 33128

33128-771599

NOV 30 2021
1:11 PM
RECEIVED

USMS
INSPECTED