Dear Joan A. Lenard,
I just wanted to write you on a personal note. I want to apoligize to you for the role I played in my case. I was Evil and selfish and lost. I didnt love myself or anyone. I didnt know God. I was hurting inside from being neglected by my parents. I was angry for being unwanted by my family. I was scared of what could happen to my life if I didnt provide for myself. I rebelled because I wasnt taught a better way. These are not excuses for my crime. I just want to shed light on who I was while commiting my crime. I understand how evil and sick I must look to you for taken advantage of a minor for my own selfish gain. I wish I could go back and help the minor envolve go a diffrent rout in life now that I know diffrent. I was that minor, doing her like I was done and I feel horrible about it. I have 2 neices and I would never want that to be done to them. I have prayed over and over for God

to help me forgive myself and for him to forgive me. Im still working on being the best me I can be. I found love for myself during these 8 in a half years of my incarceration. I found God who has transformed and renewed my mind. I read my bible every single day. Besides a few misunderstandings about the phone I have been staying out of trouble. I feel good about my future because I know God is geting ready to use me and my life to help alot of people who can relate to my upbringing. God is going to use me as a vessel to save many souls. I have changed your honor and I am going to continue on this path to a better life. I am asking you to please find it in your heart to forgive me. I was young now I am older. I was lost and now I am found. I was blind now I see. I want to be in the music industry for startes to share my life and continue to heal by making positive motivational music.

Well honorable Judge Joan A. Lenard.
I just wanted to reach out with
a personal apoligy to you being a
woman who may or may not have
children and or grand kids. please
take my pending motion into consideration. I have a plan and will be a
positve overcoming citizen when I
am released back into society.
Thank you for reading This may
God bless you and help you forgive
me.

Kisha Singletary 06635104
FCI - Tallahassee
 P.O. Box 5000
Tallahassee Fl 32314

TALLAHASSEE FL 323
31 JAN 2023 PM 3 L



Clerk of courts

Judg Joan A. Lenard suite 12-1
400 North Miami Avenue
Miami, Fl 33128

33128-181046