```
 MIAG2             *         INMATE DISCIPLINE DATA          *      01-25-2023
PAGE 001           *       CHRONOLOGICAL DISCIPLINARY RECORD  *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3701435 - SANCTIONED INCIDENT DATE/TIME: 10-30-2022 1200
DHO HEARING DATE/TIME: 12-16-2022 1000           DHO REPT DEL: 12-17-2022 1345
FACL/CHAIRPERSON.....: TAL/J. LYNCH
REPORT REMARKS.......: GUILTY BASED ON GREATER WEIGHT
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   COMPLY WITH MANDATED SENTENCING GUIDLINES
        LP COMM    / 1 YEARS / CS
                 FROM: 01-15-2023  THRU: 01-14-2024
        COMP:    LAW:    TO DETER FUTURE PROHIBITED CONDUCT. MAY BE REINSTA
                          TED UPON PAYMENT OF FINE.
        LP PHONE   / 1 YEARS / CS
                 FROM: 05-26-2023  THRU: 05-25-2024
        COMP:    LAW:    TO DETER FUTURE PROHIBITED CONDUCT.
        MON FINE   / 50.00 DOLLARS / CS
        COMP:    LAW:    TO DETER FUTURE PROHIBITED CONDUCT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3709443 - SANCTIONED INCIDENT DATE/TIME: 12-14-2022 0800
UDC HEARING DATE/TIME: 12-15-2022 0955
FACL/UDC/CHAIRPERSON.: TAL/C UNIT/E. LOGGINS
REPORT REMARKS.......: LOSS OF JOB (306) AND 30 DAYS COMMISSARY RESTRICTION
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        LP COMM    / 30 DAYS / CS
                 FROM: 12-16-2022  THRU: 01-14-2023
        COMP:    LAW:    30 DAYS COMMISSARY RESTRICTION
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3700864 - SANCTIONED INCIDENT DATE/TIME: 11-21-2022 1902
DHO HEARING DATE/TIME: 11-26-2022 1320           DHO REPT DEL: 11-26-2022 1830
FACL/CHAIRPERSON.....: TAL/J. LYNCH
APPEAL CASE NUMBER(S): 1143786
REPORT REMARKS.......: GUILTY BASED ON GREATER WEIGHT OF EVIDENCE
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   COMPLY WITH MANDATORY SENTENCING GUIDELINES
        LP PHONE   / 6 MONTHS / CS
                 FROM: 11-26-2022  THRU: 05-25-2023
        COMP:    LAW:    TO DETER FUTURE PROHIBITED BEHAVIOR
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3589501 - SANCTIONED INCIDENT DATE/TIME: 01-23-2022 2216
DHO HEARING DATE/TIME: 02-10-2022 1020           DHO REPT DEL: 02-17-2022 1600
FACL/CHAIRPERSON.....: TAL/A. CANO
REPORT REMARKS.......: DENIED-SAID SHE DIDN'T KNOW SHE COULDN'T HAVE FAMILY
                          PLACE A 3 WAY CALL FOR HER.


G0002         MORE PAGES TO FOLLOW . . .
```

```
MIAG2           *          INMATE DISCIPLINE DATA           *      01-25-2023
PAGE 002        *      CHRONOLOGICAL DISCIPLINARY RECORD    *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

DHO HEARING DATE/TIME: 02-10-2022 1020 REPORT 3589501 CONTINUED
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR SENTENCE
                         GUIDELINE
        LP PHONE    / 6 MONTHS / CS
                 FROM: 02-10-2022  THRU: 08-09-2022
        COMP:    LAW:    LP PHONE WAS IMPOSED TO DETER FUTURE MISCONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3556403 - SANCTIONED INCIDENT DATE/TIME: 10-12-2021 1422
UDC HEARING DATE/TIME: 10-18-2021 1447
FACL/UDC/CHAIRPERSON.: TAL/C UNIT/G.HUGHES
REPORT REMARKS.......: LOSS OF PHONE FOR 60 DAYS STARTING 10-19-2021.
   404  USING ABUSIVE/OBSCENE LANGUAGE - FREQ: 1
        LP PHONE    / 60 DAYS / CS
                 FROM: 10-19-2021  THRU: 12-17-2021
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3268712 - SANCTIONED INCIDENT DATE/TIME: 06-16-2019 2025
DHO HEARING DATE/TIME: 07-02-2019 0921          DHO REPT DEL: 07-18-2019 1351
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
APPEAL CASE NUMBER(S): 986758
REPORT REMARKS.......: DENIES FIGHTING
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   PLRA
        DS          / 30 DAYS / CS / SUSPENDED 30 DAYS
        COMP:    LAW:    SUSPEND X 30 DAYS PENDING CLEAR CONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3172024 - SANCTIONED INCIDENT DATE/TIME: 09-06-2018 2104
DHO HEARING DATE/TIME: 10-25-2018 0930          DHO REPT DEL: 02-08-2019 0900
FACL/CHAIRPERSON.....: TAL/D. ORR
APPEAL CASE NUMBER(S): 980816
REPORT REMARKS.......: INMATE DENIED CHARGE
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IM2 RFP: D
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   MEET SENTENCE GUIDELINES
        DS          / 30 DAYS / CS
                 FROM: 10-25-2018  THRU: 11-23-2018
        COMP:    LAW:
        LP EMAIL    / 6 MONTHS / CS
                 FROM: 10-25-2018  THRU: 04-24-2019
        COMP:    LAW:
        LP PHONE    / 6 MONTHS / CS
                 FROM: 02-28-2019  THRU: 08-27-2019
        COMP:    LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

```
MIAG2            *          INMATE DISCIPLINE DATA           *      01-25-2023
PAGE 003         *       CHRONOLOGICAL DISCIPLINARY RECORD    *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3153578 - SANCTIONED INCIDENT DATE/TIME: 08-02-2018 0950
DHO HEARING DATE/TIME: 08-16-2018 1100
FACL/CHAIRPERSON.....: TAL/D. ORR
REPORT REMARKS.......: INMATE DENIED CHARGE
    296  MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P   MEET SENTENCE GUIDELINES
         LP COMM     / 6 MONTHS / CS
                 FROM: 08-16-2018  THRU: 02-15-2019
         COMP:     LAW:
         LP EMAIL    / 1 YEARS / CS
                 FROM: 08-16-2018  THRU: 08-15-2019
         COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3146024 - SANCTIONED INCIDENT DATE/TIME: 07-14-2018 1150
DHO HEARING DATE/TIME: 07-26-2018 0930          DHO REPT DEL: 09-25-2018 0804
FACL/CHAIRPERSON.....: TAL/D. ORR
REPORT REMARKS.......: INMATE ADMITTED TO CHARGE
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P   MEET SENTENCE GUIDELINES
         DS          / 20 DAYS / CS
                 FROM: 07-26-2018  THRU: 08-14-2018
         COMP:     LAW:
         LP VISIT    / 6 MONTHS / CS
                 FROM: 07-26-2018  THRU: 01-25-2019
         COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3067401 - SANCTIONED INCIDENT DATE/TIME: 12-15-2017 0858
DHO HEARING DATE/TIME: 12-26-2017 1131          DHO REPT DEL: 01-02-2018 1000
FACL/CHAIRPERSON.....: TAL/T. SUTTON
REPORT REMARKS.......: INMATE ADMITTED TO CHARGE
    296  MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P   AS PER SENTENCING GUIDELINES
         DS          / 20 DAYS / CS / SUSPENDED 90 DAYS
         COMP:     LAW:    TO DETER FUTURE BEHAVIOR
                         TO BE RESTORED 03/27/2018
         LP COMM     / 90 DAYS / CS
         COMP:     LAW:    TO DETER FUTURE BEHAVIOR




G0002      MORE PAGES TO FOLLOW . . .
```

```
MIAG2            *         INMATE DISCIPLINE DATA          *        01-25-2023
PAGE 004         *      CHRONOLOGICAL DISCIPLINARY RECORD   *        08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3058052 - SANCTIONED INCIDENT DATE/TIME: 11-18-2017 1135
UDC HEARING DATE/TIME: 11-27-2017 0300
FACL/UDC/CHAIRPERSON.: TAL/A UNIT/D HARVEY
REPORT REMARKS.......: INMATE STATED THAT THE OFFICER DIDN'T HAVE TO TELL HER
                       TWICE TO PUT HER SHIRT ON.
   300  INDECENT EXPOSURE - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FOR 30 DAYS FROM 11-27-17 THRU
                         12-26-17 AND RESTORE ON 12-27-17
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3044943 - SANCTIONED INCIDENT DATE/TIME: 10-15-2017 1910
DHO HEARING DATE/TIME: 10-24-2017 0825
FACL/CHAIRPERSON.....: TAL/T. SUTTON
REPORT REMARKS.......: INMATE ADMITS TO CHARGE
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   AS PER SENTENCING GUIDELINES
        DS         / 45 DAYS / CS
        COMP:    LAW:    180 DAYS SUSPENSION WAS NOT MET FROM PREVIOUS
                         INCIDENT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3015759 - SANCTIONED INCIDENT DATE/TIME: 07-29-2017 1114
DHO HEARING DATE/TIME: 09-28-2017 1320
FACL/CHAIRPERSON.....: TAL/T. SUTTON
REPORT REMARKS.......: INMATE ADMITTED TO CHARGE
                       INMATE WAIVED WITNESS/STAFF REP AT DHO HEARING
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   AS PER SENTENCING GUIDELINES
        DS         / 30 DAYS / CC / SUSPENDED 180 DAYS
        COMP:    LAW:    TO DETER FUTURE BEHAVIOR
                         INMATE XFERED TO GP FROM ALICEVILLE
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2984959 - SANCTIONED INCIDENT DATE/TIME: 05-09-2017 1020
DHO HEARING DATE/TIME: 05-18-2017 1035         DHO REPT DEL: 06-12-2017 0900
FACL/CHAIRPERSON.....: ALI/A. CANO
REPORT REMARKS.......: GREATER WEIGHT. STATES THREATS WERE OLD, SHE JUST TOLD
                       SIS WHAT HAPPENED.THREATENED TO SPIT ON LT & ASSAULT I/M
HEARING IS ALSO BASIS FOR EXECUTION OF DS         SUSPENDED 04-27-2017 1605
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                         GUIDELINE.


G0002        MORE PAGES TO FOLLOW . . .
```

```
 MIAG2           *         INMATE DISCIPLINE DATA            *     01-25-2023
PAGE 005         *     CHRONOLOGICAL DISCIPLINARY RECORD     *     08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

DHO HEARING DATE/TIME: 05-18-2017 1035 REPORT 2984959 CONTINUED
        LP OTHER   / 6 MONTHS / CS
          COMP:      LAW:    LP OTHER (TVS/VIDEO VISIT) WAS IMPOSED TO DETER
                             FUTURE MISCONDUCT.  RESTORE 11-17-2017
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2975561 - SANCTIONED INCIDENT DATE/TIME: 03-31-2017 1851
DHO HEARING DATE/TIME: 04-27-2017 1615            DHO REPT DEL: 05-12-2017 0803
FACL/CHAIRPERSON.....: ALI/A. CANO
REPORT REMARKS.......: WAS SEEN ON VIDEO SMOKING ON THE REC YARD, ADMITTED TO
                       SIS, & WITNESS STATED SMOKING.DENIED CHG TO DHO.CHG 331
   332  SMOKING IN UNAUTHORIZED AREA - FREQ: 1
        DIS GCT    / 14 DAYS / CS
          COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                             GUIDELINE
        LP COMM    / 3 MONTHS / CS
          COMP:      LAW:    LP COMM WAS IMPOSED TO DETER FUTURE MISCONDUCT.
                             RESTORE 10-26-2017 (THIS INCLUDES ALL 10/27 SANCTS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2975086 - SANCTIONED INCIDENT DATE/TIME: 04-14-2017 1250
DHO HEARING DATE/TIME: 04-27-2017 1610            DHO REPT DEL: 05-12-2017 0803
FACL/CHAIRPERSON.....: ALI/A. CANO
REPORT REMARKS.......: PRESSED DURESS ALARM BECAUSE THERE WAS BLOOD ON TOILET
                       NOT HERS, CURSED OFC BECAUSE WOULD NOT PROVIDE CHEMICALS
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT    / 14 DAYS / CS
          COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                             GUIDELINE
        LP VISIT   / 3 MONTHS / CS
          COMP:      LAW:    LP VISIT WAS IMPOSED TO DETER FUTURE MISCONDUCT
                             RESTORE 07-26-2017
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2976915 - SANCTIONED INCIDENT DATE/TIME: 04-19-2017 1136
DHO HEARING DATE/TIME: 04-27-2017 1605            DHO REPT DEL: 05-12-2017 0803
FACL/CHAIRPERSON.....: ALI/A. CANO
REPORT REMARKS.......: DENEID TELLING LT., "YOU TELL OFC WADE, I AM GOING TO
                       FUCK HIM UP." CODE 203 CHANGED TO CODE 312.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DS         / 7 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 05-18-2017 1035
          COMP:      LAW:    DS SUSPENDED PENDING 180 DAYS OF CLEAR CONDUCT
                             WAS IMPOSED TO DETER FUTURE MISCONDUCT.
        LP COMM    / 3 MONTHS / CS
          COMP:      LAW:    LP COMM WAS IMPOSED TO DETER FUTURE MISCONDUCT
                             RESTORE 10-25-2017 INCLUDE BOTH SANCTIONS 04-27-17




G0002        MORE PAGES TO FOLLOW . . .
```

```
 MIAG2              *        INMATE DISCIPLINE DATA         *     01-25-2023
 PAGE 006           *     CHRONOLOGICAL DISCIPLINARY RECORD *     08:16:36

 REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
 FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2974971 - SANCTIONED INCIDENT DATE/TIME: 04-13-2017 1820
 DHO HEARING DATE/TIME: 04-27-2017 1600         DHO REPT DEL: 05-12-2017 0803
 FACL/CHAIRPERSON.....: ALI/A. CANO
 REPORT REMARKS.......: DENIED TELLING LT, WHEN I GET OUT OF SHU, I'M GOING TO
                        HURT LT. CHARLES, SHE BETTER RUN. MHE COMP. &RESPONSIBLE
 HEARING IS ALSO BASIS FOR EXECUTION OF DS         SUSPENDED 12-12-2016 1115
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                          GUIDELINE
         FF NVGCT   / 26 DAYS / CS
         COMP:010 LAW:P   FF NVGCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                          GUIDELINE.
         LP EMAIL   / 3 MONTHS / CS
         COMP:    LAW:     LP E-MAIL WAS IMPOSED TO DETER FUTURE MISCONDUCT
                          RESTORE 10-25-2017 INCLUDE BOTH SANCTIONS 04-27-17
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2975073 - SANCTIONED INCIDENT DATE/TIME: 04-13-2017 1600
 DHO HEARING DATE/TIME: 04-27-2017 1535         DHO REPT DEL: 05-12-2017 0803
 FACL/CHAIRPERSON.....: ALI/A. CANO
 REPORT REMARKS.......: DENIED TELLING OFC, WHEN I GET TO GP I WILL FUCK YOU UP
                        STATES SHE DID FLOOD CELL, PUSH DURESS, AND CURSE AT OFC
 HEARING IS ALSO BASIS FOR EXECUTION OF DS         SUSPENDED 12-12-2016 1535
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                          GUIDELINE
         FF NVGCT   / 26 DAYS / CS
         COMP:010 LAW:P   FF NVGCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                          GUIDELINE.
         LP EMAIL   / 3 MONTHS / CS
         COMP:    LAW:     LP E-MAIL WAS IMPOSED TO DETER FUTURE MISCONDUCT
                          RESTORE 10-25-2017 INCLUDE BOTH SANCTIONS 04-27-17
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2922924 - SANCTIONED INCIDENT DATE/TIME: 11-17-2016 1956
 DHO HEARING DATE/TIME: 12-12-2016 1535         DHO REPT DEL: 12-15-2016 1315
 FACL/CHAIRPERSON.....: ALI/M. RENAUD
 REPORT REMARKS.......: INMATE ADMITTED TO CHARGE.
    297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET PLRA SENTENCE
                          GUIDELINE.




 G0002       MORE PAGES TO FOLLOW . . .
```

```
 MIAG2           *       INMATE DISCIPLINE DATA          *      01-25-2023
PAGE 007         *    CHRONOLOGICAL DISCIPLINARY RECORD  *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 01-25-2023

DHO HEARING DATE/TIME: 12-12-2016 1535 REPORT 2922924 CONTINUED
        DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
                      EXECUTED BASED ON HEARING OF 04-27-2017 1535
        COMP:     LAW:     DS SUSPENDED PENDING 180 DAYS CLEAR CONDUCT WAS
                           IMPOSED TO DETER FUTURE MISCONDUCT.
        LP PHONE    / 6 MONTHS / CS
        COMP:     LAW:     LP PHONE WAS IMPOSED TO DETER FUTURE MISCONDUCT.
                           RESTORE 12-11-2017
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2923396 - SANCTIONED INCIDENT DATE/TIME: 11-20-2016 1108
DHO HEARING DATE/TIME: 12-12-2016 1115          DHO REPT DEL: 12-21-2016 1224
FACL/CHAIRPERSON.....: ALI/A. CANO
REPORT REMARKS.......: DENIES FIGHTING. STATES THEY DID ARGUE PRIOR TO INCIDENT
                       OTHER I/M THREW COFFEE ON HER. SHE JUST PUSHED HER OFF.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR PLRA SENTENCE
                           GUIDELINE.
        DS          / 5 DAYS / CS
        COMP:     LAW:     DS WAS IMPOSED AS A PUNISHMENT
        DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
                      EXECUTED BASED ON HEARING OF 04-27-2017 1600
        COMP:     LAW:     DS SUSPENDED PENDING 180 DAYS OF CLEAR CONDUCT
                           WAS IMPOSED TO DETER FUTURE MISCONDUCT.
        LP PHONE    / 6 MONTHS / CS
        COMP:     LAW:     LP PHONE WAS IMPOSED TO DETER FUTURE MISCONDUCT
                           RESTORE 06-11-2017
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2849256 - SANCTIONED INCIDENT DATE/TIME: 05-10-2016 1015
DHO HEARING DATE/TIME: 05-19-2016 1530          DHO REPT DEL: 05-27-2016 1455
FACL/CHAIRPERSON.....: ALI/A. CANO
REPORT REMARKS.......: GREATER WEIGHT. STATES SHE DID CURSE AS STAFF BUT ONLY S
                       SAID SHE WOULD FILE A BP8. CODE 203 REDUCED TO 312
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT     / 14 DAYS / CS
        COMP:010 LAW:P   DIS GCT WAS IMPOSED TO MEET YOUR SENTENCE
                           GUIDELINE
        LP COMM     / 60 DAYS / CS
        COMP:     LAW:     LP COMM WAS IMPOSED TO DETER FUTURE MISCONDUCT.
                           RESTORE 07-18-2016
        LP PHONE    / 60 DAYS / CS
        COMP:     LAW:     LP PHONE WAS IMPOSED TO DETER FUTURE MISCONDUCT
                           RESTORE 07-18-2016




G0002      MORE PAGES TO FOLLOW . . .
```

```
 MIAG2           *         INMATE DISCIPLINE DATA         *     01-25-2023
PAGE 008         *     CHRONOLOGICAL DISCIPLINARY RECORD   *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2849255 - SANCTIONED INCIDENT DATE/TIME: 05-10-2016 0842
UDC HEARING DATE/TIME: 05-17-2016 1530
FACL/UDC/CHAIRPERSON.: ALI/C UNIT/JENKINS
REPORT REMARKS.......: I/M STATED,"I DID SHOW UP BUT I WAS 5 MINUTES LATE. IT'S
                       NOT FAIR, ONE CAN BE LATE AND I CAN'T."
   310   BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP OTHER   / 60 DAYS / CS
            COMP:     LAW:    60 DAYS LOSS OF TRU-LINKS
         LP VISIT   / 60 DAYS / CS
            COMP:     LAW:    60 DAYS LOSS OF VISITS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2801757 - SANCTIONED INCIDENT DATE/TIME: 01-05-2016 1717
DHO HEARING DATE/TIME: 01-13-2016 0919          DHO REPT DEL: 01-28-2016 0800
FACL/CHAIRPERSON.....: ALI/D. MOSLEY
REPORT REMARKS.......: I ADMIT TO BEING IN A UNAUTHORIZED AREA.
   316   BEING IN UNAUTHORIZED AREA - FREQ: 1
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
            COMP:     LAW:    SUSPENDED FOR A 180 DAYS PENDING CLEAR CONDUCT.
         LP COMM    / 3 MONTHS / CS
            COMP:     LAW:    STARTING ON 01-13-2016 AND ENDING ON 04-12-2016
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2769815 - SANCTIONED INCIDENT DATE/TIME: 10-06-2015 1041
DHO HEARING DATE/TIME: 10-15-2015 1010          DHO REPT DEL: 11-05-2015 1020
FACL/CHAIRPERSON.....: ALI/R. DOE
REPORT REMARKS.......: INMATE ADMITTED BEING IN THE WRONG AREA CAUSE SHE DID
                       NOT WANT TO GET IN A FIGHT.
HEARING IS ALSO BASIS FOR EXECUTION OF DS         SUSPENDED 09-03-2015 1200
   316   BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP PHONE   / 6 MONTHS / CS / SUSPENDED 180 DAYS
            COMP:     LAW:    LP PHONE SUSPENDED WAS IMPOSED TO DETER FUTURE
                              MISCONDUCT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2749295 - SANCTIONED INCIDENT DATE/TIME: 08-12-2015 0900
DHO HEARING DATE/TIME: 09-03-2015 1200          DHO REPT DEL: 10-28-2015 0900
FACL/CHAIRPERSON.....: ALI/R. DOE
REPORT REMARKS.......: INMATE ADMITTED TO TRYING TO SEND A LETTER TO ANOTHER
                       INMATE BY SAYING, "GUILITY".
   296   MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
            COMP:010 LAW:P   DIS GCT MEETS YOUR SENTENCING GUIDELINES.
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 10-15-2015 1010
            COMP:     LAW:    DS SUSPENDED WAS IMPOSED TO DETER FUTURE MIS-
                              CONDUCT.


G0002      MORE PAGES TO FOLLOW . . .
```

```
MIAG2            *        INMATE DISCIPLINE DATA        *      01-25-2023
PAGE 009         *     CHRONOLOGICAL DISCIPLINARY RECORD *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2747722 - SANCTIONED INCIDENT DATE/TIME: 08-06-2015 1145
DHO HEARING DATE/TIME: 08-24-2015 0930            DHO REPT DEL: 11-16-2015 1600
FACL/CHAIRPERSON.....: ALI/R. DOE
REPORT REMARKS.......: INMATE DENIED LYING ABOUT BEING ASSAULTED ON THE DAY IN
                       QUESTION.
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P   DIS GCT MEETS YOUR SENTENCING GUIDELINES.
        DS         / 30 DAYS / CS
        COMP:    LAW:    DS WAS IMPOSED AS PUNISHMENT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2723353 - SANCTIONED INCIDENT DATE/TIME: 06-04-2015 1715
DHO HEARING DATE/TIME: 06-18-2015 1230            DHO REPT DEL: 07-30-2015 1200
FACL/CHAIRPERSON.....: ALI/R. DOE
REPORT REMARKS.......: INMATE ADMITTED SHE FLIP THE FINGER AT THE STAFF MEM-
                       BER. CODE 307 DROPPED
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DS         / 30 DAYS / CS
        COMP:    LAW:    DS SUSPENDED WAS IMPOSED TO DETER FUTURE MISCON-
                         DUCT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2719910 - SANCTIONED INCIDENT DATE/TIME: 05-27-2015 1305
UDC HEARING DATE/TIME: 05-28-2015 1229
FACL/UDC/CHAIRPERSON.: ALI/C UNIT/R. SKINNER
REPORT REMARKS.......: "I DIDN'T KNOW THE SHIRT WAS ALTERED, I GET IT FROM
                       LAUNDRY THAT WAY" WHEN WEARING ALTERED CLOTHEING.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FOR 30 DAYS TO RUN CONSECUTIVE
                         TO ANY PREVIOUS SANCTIONS.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2670960 - SANCTIONED INCIDENT DATE/TIME: 01-09-2015 0910
DHO HEARING DATE/TIME: 01-29-2015 0900
FACL/CHAIRPERSON.....: MIM/MORAN
REPORT REMARKS.......: 299 MOST LIKE FIGHTING
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2652249 - SANCTIONED INCIDENT DATE/TIME: 11-18-2014 0715
DHO HEARING DATE/TIME: 12-04-2014 0900
FACL/CHAIRPERSON.....: MIM/MORAN
REPORT REMARKS.......: GUILTY OF CODE 208




G0002        MORE PAGES TO FOLLOW . . .
```

```
 MIAG2           *          INMATE DISCIPLINE DATA          *      01-25-2023
PAGE 010 OF 010 *        CHRONOLOGICAL DISCIPLINARY RECORD   *      08:16:36

REGISTER NO: 06635-104 NAME..: SINGLETARY, KISHA
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2023

DHO HEARING DATE/TIME: 12-04-2014 0900 REPORT 2652249 CONTINUED
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DS           / 15 DAYS / CS
         COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2617956 - SANCTIONED INCIDENT DATE/TIME: 08-15-2014 1955
DHO HEARING DATE/TIME: 08-29-2014 1040
FACL/CHAIRPERSON.....: MIM/D. COLON
REPORT REMARKS.......: CHARGE REDUCED TO CODE 397.
    397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:    RESTORE 02-29-2015




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```